## McMORRAN v CLARK et

Ohio Appeals, 2nd Dist, Champaign Co

Decided May 11, 1933

E. P. Middleton, Urbana, for plaintiff in error.

Deaton & Body, Urbana, for defendants in error.

For full opinion see 39 OLR 430; 188 NE 668; 46 Oh Ap 338.